AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

Gurwinder Singh
*Plaintiff*
v.
Tammy Marich, et al.,
*Defendant*

Civil Action No. 6:26-CV-6104-MAV

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☒ other: any remaining claims in the petition are dismissed without prejudice and the case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☒ decided by Judge Meredith A. Vacca on a motion for N/A .

Date: 04/27/2026

*CLERK OF COURT*

s/Andrew W. Moeller

*Signature of Clerk or Deputy Clerk*